**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**
      **v.**                              **CASE NO: 3:26-cr-106-WWB-MCR**
**EDWARD MALONE**

_____

**NOTICE OF APPEARANCE**

**COMES NOW,** the undersigned Counsel, and enters this Notice of Appearance on

behalf of the Defendant, **EDWARD MALONE,** in the above-styled cause. The undersigned is

an Attorney at Law, duly qualified as such under the Laws of the State of Florida and duly

admitted to practice before this Court.

Respectfully submitted,

/s/ Noel G. Lawrence
Noel G. Lawrence, Esquire
Florida Bar No.: 0844251
LAW OFFICES OF
NOEL G. LAWRENCE, P.A.
101 East Union Street, Suite 200
Jacksonville, Florida 32202
Telephone: 904-356-9928
Facsimile: 904-356-6762
Email: nglawren@lpnlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 29, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF System which will send a notice of the Electronic

Filing to all Counsel/Party(s) of Record..

/s/ Noel G. Lawrence
Noel G. Lawrence, Esquire