**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO.:3:26-cr-106-WWB-MCR

UNITED STATES OF AMERICA

vs.

EDWARD MALONE

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant, Edward Malone, by and through the undersigned Counsel and files this Unopposed Motion To Continue Trial, and says:

1. The trial is set for a trial term commencing Tuesday, September 1, 2026. (Doc. 20)

2. The undersigned recently received the discovery materials which are voluminous in this case and very paper driven consisting initially of an entire box of paper investigative documents.

3. In the interest of judicial economy, convenience, and equity, Defendant requests a continuance of the trial for two months to review the discovery and confer with the defendant in person.

4. This Motion is filed in good faith and not for any dilatory or unnecessary purposes.

## LOCAL RULE 3.01 (g) CERTIFICATE

5. The undersigned communicated with AUSA of Record, John Cannizzaro, Esquire, on or about Tuesday, July 21, 2026, by email transmission and he has no objection and agrees with the continuance.

**MEMORANDUM**

As part of its powers, and by custom and practice, the Court has discretion to modify its own Orders in the interest of Justice or in order to facilitate its operations. The relief requested herein will enable the Defendant and the United States to make full and orderly use of the procedures available under the Rules, so that the Criminal process may be fully informed, thus preserving scarce Judicial resources.

WHEREFORE, Defendant, Edward Malone requests that this Honorable Court grant this Motion, continue the trial from September 2026 until November 2026, and grant any other relief just and equitable.

Dated: July 22, 2026

Respectfully submitted,

LAW OFFICES OF
NOEL G. LAWRENCE, P.A.
/s/Noel G. Lawrence
Noel G. Lawrence, Esquire
Florida Bar No.: 844251
101 East Union Street, Suite 200
Jacksonville, Florida 32202
Telephone :  (904) 356-9928
Facsimile:    (904) 356-6762
Email: nglawren@lpnlaw.com
Attorney for Defendant,
Edward Malone

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd  day of July 2026, I  electronically filed the foregoing document with the Clerk of Court, by using the CM/ECF Court Filing System which will send a notice of the filing to all Counsel of Record.

/s/ Noel G. Lawrence
Noel G. Lawrence, Esquire